NO: PD-1415-15

FILED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

BRANDON RAY MORGAN
APPELLANT

-V-

THE STATE OF TEXAS
APPELLEE

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND RULE 9.3 OF THE TEXAS RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW BRANDON RAY MORGAN APPELLANT, PRO-SE TDCJ-ID NO: 1944157, AND IN SUPPORT WILL SHOW THE FOLLOWING:

### I.

BEING INCARCERATED IN THE T.D.C.J. INSTITUTION OF THE WYNNE UNIT HUNTSVILLE, TEXAS. APPELLANT IS NOT AFFORDED ACCESS TO A PHOTO COPIER TO MAKE ADDITIONAL COPIES OF FUTURE FILINGS WITH THIS COURT. APPELLANT IS ALSO INDIGENT AND CANNOT AFFORD PURCHASES TO OBTAIN CARBON MATERIALS TO CREATE COPIES.

WHEREFORE PREMISES CONSIDERED, APPELLANT PRAYS THIS

-1-

CONTINUED:

HONORABLE COURT GRANTS THIS MOTION TO SUSPEND RULE 9.3 OF THE RULE OF APPELLATE PROCEDURE, AND TO ALLOW APPELLATE TO FILE ONLY THE ORIGINAL COPY TO THIS HONORABLE COURT. IT IS SO PRAYED

ON THIS THE 13th DAY OF November 2015

RESPECTFULLY REQUESTED

Brandon Moya PRO-SE

TDCJ-ID NO: 1944157

810 FM 2821

HUNTSVILLE TEXAS

77349

-2-